UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
AYUKO YONEZU,

                      Plaintiff,

    -against-                                          20-cv3861 (LAK)

ORGANIC OLIVIA, LLC,

                      Defendant(s).
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff was served with a copy of this Court's order dated November 30, 2020, which afforded her the option of engaging a new lawyer or, alternatively, proceeding with the case herself, without a lawyer. She has done neither.

        She then was directed to show cause, on or before September 24, 2022, why this action should not be dismissed for lack of prosecution. There has been no response.

        Accordingly, this action is dismissed for lack of prosecution.

        SO ORDERED.

Dated:     September 28, 2022

                                                        Lewis A. Kaplan
                                                  United States District Judge